# The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)

04/03/19

## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | Salina Willis | **Court:** | United States District Court |
| **Defendant:** | Symmetry Management Corp | **Case:** | 3:19cv220 |
| **Serve:** | Symmetry Management Corp<br>Serve: Corporation Service Company<br>100 Shockoe Slip, 2nd Fl<br>Richmond, VA 23219 | **Return Date:**<br>**Time:** | APR 17 2019 |
| **Contact:** | Dale W. Pittman<br>112 - A West Tabb Street<br>Petersburg, VA 23803 | **Phone:**<br>**Reference:** | (804) 861-6000 |

**Type(s) of Writ(s)**                                                                                              paper:2625836

Summons in a Civil Action            Complaint

Witness/Defendant Symmetry Management Corp was served according to law, as indicated below:
( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.
( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.
( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.
(X) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.
( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.
( ) Certified Mail
( ) Not Found
( ) Served on Secretary of the Commonwealth

I, __Dana Rapp__ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: 4-4-19            Served Time: 1100

Signature of Process Server

Notary
State of:  Virginia            County/City of:  Henrico, VA Beach, Prince William, Rockingham.

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this __9__ day of Apr/May 20_19_
Notary Public: _____

| Type of Service: A | Auth Attempts: 1 | Order: 579421 | Same Day Rush: No | 1 Day Rush: No | 2 Day Rush: No |
|---|---|---|---|---|---|
| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**

Dustin Kline, per affidavit



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| Salina Willis ) ) ) ) ) *Plaintiff(s)* ) v. ) Symmetry Management Corp., ) d/b/a BCC Financial Management Services, Inc. ) ) ) *Defendant(s)* ) | Civil Action No. 3:19cv220 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Symmetry Management Corp.,
d/b/a BCC Financial Management Services, Inc.
c/o Corporation Service Company, Registered Agent
100 Shockoe Slip, Floor 2
Richmond, VA 23219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dale W. Pittman
The Law Office of Dale W. Pittman, PC
112-A W. Tabb St.
Petersburg, VA 23803
804-861-6000

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: March 29, 2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19cv220

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Symmetry Management Corp.__
was received by me on *(date)* __4-4-19__.

☒ I personally served the summons on the individual at *(place)* __Corporation Service Company__
Dustin Kline, per affidavit on *(date)* __4-4-19__ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __4-4-19__

_____
Server's signature

__Dana Rapp / Process Server__
Printed name and title

The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
Server's address

Additional information regarding attempted service, etc:

# CERTIFICATE
# OF
# CORPORATION SERVICE COMPANY

**THIS CERTIFICATE MADE** pursuant to Subsection 2(b) of Section 13.1-634, Subsection 2(b) of Section 13.1-763, Subsection 2(b) of Section 13.1-1015 and Section 50-73.4 of the Virginia Code.

**CORPORATION SERVICE COMPANY**, a corporation authorized to do business in the Commonwealth of Virginia, does hereby certify that:

1. It is incorporated under the Laws of the State of Delaware and was authorized to do business in Virginia on June 1, 2001.

2. (a) It maintains a business office in the Commonwealth of Virginia at 100 Shockoe Slip, 2nd Floor, Richmond, VA 23219.

   (b) Service of process may be made at such business office in the City of Richmond upon corporations, limited liability companies, partnerships, trusts and other entities, associations and persons which have designated it as agent for service of process.

   (c) The names of the individuals authorized to receive process served upon Corporation Service Company as the agent for service of process of any corporations, limited liability companies, partnerships, trust and other entities, associations and persons which have designated it as such agent are:

   Beverley L. Crump         Rene Nordquist
   Linda B. Liles            Dustin Kline
   Donna Creekmore

**WHEREFORE**, Corporation Service Company has caused its corporate name to be hereunto subscribed this 7 day of January 2019.

CORPORATION SERVICE COMPANY

BY: _____
George A. Massih III, Vice President

STATE OF DELAWARE
COUNTY OF NEW CASTLE

The foregoing instrument was acknowledged before me this 7 day of January 2019, by George A. Massih III.

_____
Notary Public

My Commission Expires: 6-16-20